IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01583-AP

ALEJANDRO MARTINEZ,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Kristina Vasold
Sawaya, Rose & Kaplan, P.C.
1600 Odgen St.
Denver, CO 80218
303.551.7701
303.962.4226 (fax)
kvasold@sawayalaw.com

For Defendant:

Sandra Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed:** July 6, 2009

   **B.     Date Complaint was Served on U.S. Attorney's Office**: July 15, 2009

   **C.     Date Answer and Administrative Record Were Filed:** September 14, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend at this time to submit any additional evidence. Plaintiff has filed a new application for social security benefits but has not yet received a ruling on the new application.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.     OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

   **A.     Plaintiff's Opening Brief**: November 4, 2009

   **B.     Response Brief due:** December 4, 2009

   **C.     Reply Brief due:** December 18, 2009

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   **A.     Plaintiff's Statement:** The Plaintiff does not request oral argument at this time.

   **B.     Defendant's Statement:**  The Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 29th day of September, 2009

                                  BY THE COURT:

                                  *s/John L. Kane*
                                  U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED:<br>/s Kristina Vasold<br>Kristina Vasold<br>Sawaya, Rose & Kaplan, P.C.<br>1600 Odgen St.<br>Denver, CO 80218<br>303.551.7701<br>303.962.4226 (fax)<br>kvasold@sawayalaw.com<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>/s Sandra T. Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov<br><br>Attorneys for Defendant |